UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
**Case Number: 22-21262-CIV-MORENO**

CERTAIN UNDERWRITERS AT
LLOYDS OF LONDON,

        Plaintiff,

v.

SCENTS CORPORATIONS,
doing business as PERFUMES OF
THE WORLD,

        Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE TORRES'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Edwin G. Torres, United States Magistrate Judge, for a Report and Recommendation on Defendant's Motion for Bill of Costs (**D.E. 75**), filed on **July 15, 2024**. The Magistrate Judge filed a Report and Recommendation (**D.E. 85**) on **October 1, 2024**. No objections to the Report and Recommendation were filed and the time for doing so has passed. The Court has reviewed the record, including Plaintiff's Response in Opposition (**D.E. 79**), and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Edwin G. Torres's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is **ADJUDGED** that Defendant's Motion for Bill of Costs is GRANTED in part and DENIED in part, and that Defendant shall be AWARDED $5,679.97 in taxable costs. It is further **ADJUDGED** that Plaintiff is ordered to complete a Fact Information Sheet pursuant to Fla. R. Civ. P. 1.560 by **December 2, 2024**.

DONE AND ORDERED in Chambers at Miami, Florida, this 18th of October 2024.

*Federico A. Moreno*

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Edwin G. Torres

Counsel of Record